CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
NOV 25 2013
JULIA DUDLEY, CLERK
BY: /s/ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| EZEKIEL ELIJAH WILLIAMS, | CASE NO. 7:13CV00480 |
| Plaintiff, | |
| v. | FINAL ORDER |
| MIDDLE RIVER REGIONAL JAIL, OFFICER L. BRYANT, | By: James C. Turk<br>Senior United States District Judge |
| Defendant(s). | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that this civil action is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), and this action is stricken from the active docket of the court.

ENTER: This 25th day of November, 2013.

/s/ James C. Turk
Senior United States District Judge